UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY ALIFF, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>VERVENT, INC., et al.,<br><br>        Defendants. | Case No.: 20-cv-00697-DMS (AHG)<br><br>**ORDER VACATING STAY** |

  This matter comes before the Court on Plaintiffs' request to lift the present stay pending arbitration. (ECF No. 52.)

  On September 24, 2020, the Court granted the motion to compel arbitration filed by Defendant Deutsche Bank Trust Company Americas ("DBTCA"), denied the motion to compel arbitration filed by Vervent, Inc., Activate Financial, LLC, David Johnson, Christopher Shuler, and Lawrence Chiavaro ("the Vervent Defendants"), and stayed the litigation pending arbitration of Plaintiffs' claims against DBTCA. (ECF No. 43.) The Court ordered Plaintiffs to file a request to vacate the stay of the claims against the Vervent Defendants within fourteen (14) days of the completion of the arbitration proceedings with DBTCA. (*Id.*) On October 23, 2020, the Vervent Defendants appealed the Court's September 24, 2020 denial of their motion to compel arbitration, which appeal is currently pending before the Ninth Circuit. (*See* ECF No. 45.)

On November 9, 2020, Plaintiffs filed a notice of voluntary dismissal as to DBTCA (ECF No. 51), and requested a lift of the stay pending arbitration (ECF No. 52). The Vervent Defendants object, contending Plaintiffs must file a noticed motion to lift the stay. (ECF No. 53.)

Plaintiffs' request complies with the Court's September 24, 2020 order directing Plaintiffs to file such a request upon completion of the arbitration proceedings. The Court exercised its discretion to stay the case pending Plaintiffs' arbitration with DBTCA on the grounds that the arbitration would involve common questions of fact with Plaintiffs' claims against the Vervent Defendants. (*See* ECF No. 43.) Since Plaintiffs' dismissal of DBTCA effectively terminates the arbitration proceedings, there is no longer a basis for the stay.

Accordingly, Plaintiffs' request to lift the stay is GRANTED. The stay pending arbitration is VACATED. The Vervent Defendants may file a motion to stay on other grounds. The Magistrate Judge shall proceed with setting a scheduling conference.

**IT IS SO ORDERED**.

Dated: November 21, 2020

Hon. Dana M. Sabraw
United States District Judge