1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JODY ALIFF, et al.,

Plaintiffs,

v.

VERVENT, INC., et al.,

Defendants.

Case No.:  20-cv-00697-DMS (AHG)

**ORDER RE: ORAL ARGUMENT**

Defendants' motion to stay pending appeal is currently scheduled for hearing on May 7, 2021.  The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the May 7, 2021 hearing is vacated.

**IT IS SO ORDERED**.

Dated:  April 30, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court

1