# EXHIBIT 6

John S. Purcell (SBN 158969)
Douglas E. Hewlett, Jr. (SBN 293438)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email:   john.purcell@arentfox.com
     douglas.hewlett@arentfox.com

Attorneys for the Vervent Defendants
VERVENT INC. fka FIRST ASSOCIATES LOAN SERVICING, LLC; ACTIVATE FINANCIAL, LLC; DAVID JOHNSON; CHRISTOPHER SHULER; and LAWRENCE CHIAVARO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY ALIFF, MARIE SMITH, HEATHER TURREY, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VERVENT, INC. fka FIRST ASSOCIATES LOAN SERVICING, LLC; ACTIVATE FINANCIAL, LLC; DAVID JOHNSON; CHRISTOPHER SHULER; LAWRENCE CHIAVARO; DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>Defendants. | Case No. 20-CV-00697-DMS (AHG)<br><br>**CLASS ACTION**<br><br>**VERVENT DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**<br><br>District Judge: Hon. Dana M. Sabraw<br>Courtroom:   13A<br><br>Complaint filed:  April 10, 2020<br>Trial Date:    Nov. 14, 2022 |

PROPOUNDING PARTY:   Plaintiffs JODY ALIFF, MARIE SMITH, AND HEATHER TURREY

RESPONDING PARTY:   ALL REMAINING DEFENDANTS

SET NO.:   One

information protected by the attorney-client privilege, the attorney work product doctrine or any other applicable privilege or protection. To the extent that the Interrogatories call for such information, Defendants hereby claim such privilege and invoke such protection. The fact that Defendants do not specifically object to an individual interrogatory on the grounds that it seeks such privileged or protected documents shall not be deemed a waiver of the protection afforded by the attorney-client privilege, the attorney work product doctrine or other applicable privilege or protection.

2. Defendants objects to all of the individual requests to the extent that they seek the discovery of sensitive and confidential business, financial and/or proprietary information of Defendant or any third-party or any information protected by any right to privacy.

3. Defendant objects to all of the interrogatories requests to the extent they purport to impose upon Defendant the burden of furnishing information that is not available to them or that is equally or more readily available to Plaintiffs.

4. Defendants object to each and every interrogatory on the basis that it is premature in that discovery is still ongoing. Accordingly, Defendants reserve the right to supplement and/or amend these responses at a later date.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1**:

Describe the circumstances surrounding Your acquisition of the servicing rights in the PEAKS program, including in this description the persons or entities that approached You and/or the events that caused You to express interest in assuming the role as servicer, with dates, names and an identification of any related documents.

**RESPONSE TO INTERROGATORY NO. 1**:

Defendants object to this interrogatory on the grounds that it: (i) is vague, ambiguous and unintelligible; (ii) is overbroad, unduly burdensome and oppressive; (iii) seeks information that is irrelevant and/or not reasonably calculated to lead to the discovery of admissible evidence; (iv) seeks information protected by the attorney client and/or work product privileges; (v) seeks trade secret, proprietary and/or commercially sensitive information; (vi) seeks information that is better and more efficiently obtained through depositions; and (vii) is compound and improperly contains subparts in violation of FRCP 33.

Subject to and without waiving the foregoing or the General Objections, and to the extent Defendants understand this interrogatory, Defendants respond as follows:

First Associates had already been doing work for ITT with respect to the CUSO loan portfolio. In or around 2010, the prior servicer (the Access Group) informed ITT that it would no longer service its loans, so ITT was looking for a new servicer. Because First Associates was already familiar with ITT's business, it stepped in as servicer.

Larry Chiavaro and David Johnson were the point people for First Associates and the main contact at ITT was Dan Fitzpatrick. ITT's consultant Tom Glanfield was also involved.

First Associates then entered into a servicing agreement with ITT and Deutsche Bank Trust Company Americas.

**INTERROGATORY NO. 2**:

Identify any student loan programs other than PEAKS in which you have functioned as loan servicer, including the relevant dates, and identify any of those programs in which the underlying loan agreements contained the FTC Holder Notice.

| | |
|---|---|
| Dated: April 8, 2021 | **ARENT FOX LLP**<br><br>By: /s/ *John S. Purcell*<br>JOHN S. PURCELL<br>DOUGLAS E. HEWLETT, JR.<br><br>Attorneys for Defendants<br>VERVENT INC. fka FIRST ASSOCIATES LOAN SERVICING, LLC; ACTIVATE FINANCIAL, LLC; DAVID JOHNSON; CHRISTOPHER SHULER; and LAWRENCE CHIAVARO |

## VERIFICATION

I am the ___President___ for Vervent, Inc. I have read the foregoing "DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES" and am informed and believe and on that basis attest that the matters stated therein are true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___April 8___, 2021, at San Diego, California.

_/s/ Jimenez_
Stephanie Jimenez