# EXHIBIT 9

# Irv Ackelsberg

| | |
|---|---|
| **From:** | Hewlett, Douglas E. <Douglas.Hewlett@arentfox.com> |
| **Sent:** | Thursday, February 3, 2022 11:53 PM |
| **To:** | Irv Ackelsberg; Leslie Hurst; Tim Blood; Paul Arons; John Grogan |
| **Cc:** | Purcell, John S. |
| **Subject:** | Aliff, et al. v. Vervent, et al.: Outstanding Discovery Item #1 |

Good evening counsel,

Responding to Item #1 from the Outstanding Discovery List (TILA Disclosure Statement & Origination Fee for Plaintiff Turrey): Vervent/FA does not have a TILA Disclosure Statement for Plaintiff Turrey. We understand such document would have been generated and maintained by Deutsche Bank. Vervent/FA does have documentation supporting Turrey's origination fee, which we will produce by early next week.

Thanks,
Doug

**Arent Fox**

**Douglas E. Hewlett, Jr.**

ASSOCIATE | ARENT FOX LLP

douglas.hewlett@arentfox.com | 213.443.7571 **DIRECT**

Bio | My LinkedIn | Subscribe

555 West Fifth Street, 48th Floor, Los Angeles, CA 90013

**Smarter Service.** On March 1, we will become ArentFox Schiff. Learn More

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

1