# EXHIBIT 10

| | |
|---|---|
| From: | Scott Scharman <sscharman@tetrafg.com> |
| Sent: | Sunday, May 22, 2011 10:11 AM |
| To: | David Johnson |
| Subject: | Re: More $ |

I'll get a wire out tomorrow.. Talk soon

Sent from my iPhone

On May 22, 2011, at 1:07 PM, "David Johnson" <david@clearpathadvisors.com> wrote:

> Hey Scott,
>
> We just ran dry again. I threw in another $50k on Friday. I'm expecting it to be relatively heavy sledding until the end of June. The FDIC has notified us that they will be doing an onsite audit the week of June 20th so we've had to keep some add'l resources online. We will get about half that layoff we discussed this month. We'll go back for the other half at the end of June.
>
> We're still with our toes on the goal line with ITT.
>
> David Johnson

NOTICE OF CONFIDENTIALITY: This message and its attachments are intended solely for the use of the addressee(s) and may contain information that is confidential, privileged and exempt from disclosure. If you are not an intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this email transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply email and immediately delete this message from your system.

EXHIBIT P2
Stephanie Rodriguez
6/24/21
Reported by:
Catherine Ebbert, CSR 14122

1

Confidential Designation Removed by Agreement of Counsel