1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER TURREY, et al., <br>                Plaintiffs, <br><br> vs. <br><br> VERVENT, INC., et al., <br>                Defendants. | Case No.: 20-cv-00697-DMS-AHG <br><br> ORDER RE: ORAL ARGUMENT |

Plaintiff's Amended Motion for Class Certification (ECF No. 143) is currently scheduled for hearing on November 18, 2022.  The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the November 18, 2022 hearing is vacated.

**IT IS SO ORDERED.**

Dated: 11/9/2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court