UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER TURREY, OLIVER FIETY, JORDAN HERNANDEZ, and JEFFREY SAZON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VERVENT, INC. fka FIRST ASSOCIATES LOAN SERVICING, LLC; ACTIVATE FINANCIAL, LLC; DAVID JOHNSON; and LAWRENCE CHIAVARO,<br><br>Defendants. | Case No. 3:20-CV-00697-DMS (AHG)<br><br>**ORDER DENYING VERVENT DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERT DAVID HARMON** |

Presently before the Court is Defendants' Motion to Strike Plaintiffs' Motion to Exclude Testimony of Defendants' Expert David Harmon (ECF No. 195). (ECF No. 211.) The parties appeared before the Court on April 28, 2023 for the Final Pretrial Conference. (ECF No. 182.) At the April 28 hearing, the Court stated any *Daubert* motions would be consolidated with the Motions *in Limine* hearing in this matter on June 2, 2023. Defendants correctly note that, at the hearing, Defendants requested to file a consolidated *Daubert* motion and not have it count as a Motion *in Limine*. The Court granted this request. Defendants filed its *Daubert* motion on May

5, 2023.  (ECF No. 191.)  Plaintiffs filed their Motion to Exclude Testimony of Defendants' Expert David Harmon on May 19, 2023.  (ECF No. 195.)

To date, both parties have filed motions, or disclosed evidence, outside of the requisite deadlines.  The Court has allowed such motions and evidence in the interest of an orderly process.  The Court has discretion to do so.  *Tri-Valley CAREs v. U.S. Dept. of Energy*, 671 F.3d 1113, 1131 (9th Cir. 2012).  Therefore, the Court exercises such discretion and **HEREBY ORDERS** that Defendants file any opposition to Plaintiffs' Motion to Exclude Testimony of Defendants' Expert David Harmon by May 26, 2023.  The hearing for this matter is on June 2, 2023, at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: May 23, 2023

By: _____
Hon. Dana M. Sabraw, Chief Judge
United States District Court