BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
JAMES M. DAVIS (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
jdavis@bholaw.com

LANGER GROGAN & DIVER, PC
IRV ACKELSBERG (*pro hac vice*)
JOHN J. GROGAN (*pro hac vice*)
DAVID A. NAGDEMAN (*pro hac vice*)
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: 215/320-5660
215/320-5703 (fax)
iackelsberg@langergrogan.com
jgrogan@langergrogan.com
dnagdeman@langergrogan.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER TURREY, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>VERVENT, INC., etc., et al.,<br><br>   Defendants. | Case No. 3:20-cv-00697-DMS-AHG<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FRCP 59(e)**<br><br>**Date:** August 18, 2023<br>**Time:** 1:30 p.m.<br><br>District Judge Dana M. Sabraw<br>Courtroom 13A, 13th Fl. (Carter-Keep)<br>Magistrate Judge Allison H. Goddard<br>Chambers Room 3B, (Schwartz)<br><br>Complaint Filed: April 10, 2020<br>Trial Date: June 8, 2023<br><br>**JURY TRIAL DEMANDED** |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 18, 2023, at 1:30 p.m., in Courtroom 13A, of the above-entitled Court, located at 333 West Broadway, San Diego, California 92101, Plaintiffs will, and hereby do, move this Court for an order to amend or alter judgment pursuant to FRCP 59(e).

This Motion is based on Plaintiffs' Memorandum in Support of thereof, any evidence or argument to be supplied in any reply memorandum or at the hearing on this motion, and the records filed in this action.

Respectfully submitted,

Dated: July 17, 2023

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
JAMES M. DAVIS (301636)

By: *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
jdavis@bholaw.com

LANGER GROGAN & DIVER, PC
IRV ACKELSBERG (*pro hac vice*)
JOHN J. GROGAN (*pro hac vice*)
DAVID A. NAGDEMAN (*pro hac vice*)
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: 215/320-5660
215/320-5703 (fax)
iackelsberg@langergrogan.com
jgrogan@langergrogan.com
dnagdeman@langergrogan.com

LAW OFFICE OF PAUL ARONS
PAUL ARONS (CA #84970)
175 Gretchen Way
Friday Harbor, WA 98250
Tel: 360/378-6496
360/359-7170 (fax)
lopa@rockisland.com

*Attorneys for Plaintiffs*

00202698                                                  1                                   Case No. 3:20-cv-00697-DMS-AHG
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ALTER OR AMEND JUDGMENT

# CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 17, 2023.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com