BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
JAMES M. DAVIS (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
jdavis@bholaw.com

LANGER GROGAN & DIVER, PC
IRV ACKELSBERG (*pro hac vice*)
JOHN J. GROGAN (*pro hac vice*)
DAVID A. NAGDEMAN (*pro hac vice*)
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: 215/320-5660
215/320-5703 (fax)
iackelsberg@langergrogan.com
jgrogan@langergrogan.com
dnagdeman@langergrogan.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| HEATHER TURREY, et al., | Case No. 3:20-cv-00697-DMS-AHG |
|---|---|
| Plaintiffs, | **CLASS ACTION** |
| v. | **NOTICE OF ERRATA RE: MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR JUDGMENT ON CLAIM FOR VIOLATION OF UCL AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW (ECF NOS. 314, 314-5)** |
| VERVENT, INC., etc., et al., | |
| Defendants. | |
| | District Judge Dana M. Sabraw |
| | Courtroom 13A, 13th Fl. (Carter-Keep) |
| | Magistrate Judge Allison H. Goddard |
| | Chambers Room 3B, (Schwartz) |

**TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE** that there is an error in the Memorandum in Support of Plaintiffs' Motion for Judgment on Claim for Violation of UCL and Proposed Findings of Fact and Conclusions of Law (ECF Nos. 314 and 314-5).

Since the Court certified the UCL claim as to only Defendants Vervent, Inc., and Activate Financial, LLC (ECF No. 151), the Memorandum and Proposed Findings of Fact and Conclusions of Law accordingly should be read as seeking judgment on Plaintiffs' UCL claim as to only Defendants Vervent and Activate Financial.

Respectfully submitted,

Dated: July 20, 2023

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
JAMES M. DAVIS (301636)

By:      *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
jdavis@bholaw.com

LANGER GROGAN & DIVER, PC
IRV ACKELSBERG (*pro hac vice*)
JOHN J. GROGAN (*pro hac vice*)
DAVID A. NAGDEMAN (*pro hac vice*)
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: 215/320-5660
215/320-5703 (fax)
iackelsberg@langergrogan.com
jgrogan@langergrogan.com
dnagdeman@langergrogan.com

LAW OFFICE OF PAUL ARONS
PAUL ARONS (CA #84970)
175 Gretchen Way
Friday Harbor, WA 98250

Tel: 360/378-6496
360/359-7170 (fax)
lopa@rockisland.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 20, 2023.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com