UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER TURREY, OLIVER FIETY, JORDAN HERNANDEZ, and JEFFREY SAZON, individually, and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>VERVENT, INC. fka FIRST ASSOCIATES LOAN SERVICING, LLC; ACTIVATE FINANCIAL, LLC; DAVID JOHNSON; and LAWRENCE CHIAVARO<br><br>   Defendants. | Case No.  3:20-CV-00697-DMS (AHG)<br><br>**ORDER (1) DENYING DEFENDANTS' EX PARTE MOTION TO STRIKE, OR IN THE ALTERNATIVE FOR SUMMARY DENIAL OF, PLAINTIFFS' RULE 59(e) MOTION TO ALTER OR AMEND AN UNENTERED JUDGMENT; AND (2) CONTINUING RULE 59(e) MOTION HEARING** |

Defendants' Ex Parte Motion to Strike, or in the Alternative for Summary Denial of, Plaintiffs' Rule 59(e) Motion to Alter or Amend Judgment was filed with the Court on July 21, 2023 (the "Ex Parte Motion") (ECF No. 319). The Court, having considered the Ex Parte Motion and Plaintiffs' Opposition (ECF No. 320), considers the Ex Parte Motion appropriate for ruling without a hearing and on an expedited basis.

///

The sole remaining claim in this case is currently set for a bench trial on August 7, 2023. After the Court enters Judgment on the RICO and UCL claims, it may then rule on Plaintiffs' Rule 59(e) Motion (ECF No. 313). To maintain an orderly process, the Court **HEREBY ORDERS** that the Rule 59(e) Motion hearing be continued. For these reasons, **IT IS HEREBY ORDERED** that:

1. Defendants' Ex Parte Motion (ECF No. 319) is **DENIED**;

2. The hearing on Plaintiffs' Rule 59(e) Motion (ECF No. 313) is continued from August 18, 2023 to September 18, 2023 at 9:00 am; and

3. The briefing schedule on Plaintiffs' Rule 59(e) Motion is as follows: Plaintiffs may submit a supplemental brief on their Rule 59(e) Motion no later than August 28, 2023. Defendants shall file an opposition no later than September 4, 2023. Plaintiffs shall file a reply no later than September 11, 2023.

**IT IS SO ORDERED**.

Dated: July 24, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court