UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER TURREY, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>VERVENT, INC., et al.,<br><br>                Defendants. | Case No.: 20-cv-00697-DMS-AHG<br><br>**ORDER** |

      A hearing on Plaintiffs' Motion to Amend the Second Amended Complaint (ECF No. 322) was held on August 24, 2023. Counsel for all parties were present. After consulting with counsel, the Court **HEREBY ORDERS** that each party file a brief on the UCL claim on or before September 4, 2023. Any oppositions shall be filed on or before September 11, 2023. The UCL Bench Trial currently scheduled for September 18, 2023 is **VACATED**. The Court will set a status conference after it issues a ruling on Plaintiffs' Motion to Amend the Second Amended Complaint.

      The briefing schedule and hearing date for Plaintiffs' Motion to Alter the Judgment Pursuant to Fed. R. Civ. P. 59(e) will remain the same, as set forth by this Court in a prior Order. (*See* ECF No. 325.)

/ / /

1   **IT IS SO ORDERED.**

2   Dated:  August 24, 2023

3   Hon. Dana M. Sabraw, Chief Judge
4   United States District Court