BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
JAMES M. DAVIS (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
jdavis@bholaw.com

LANGER GROGAN & DIVER, PC
IRV ACKELSBERG (*pro hac vice*)
JOHN J. GROGAN (*pro hac vice*)
DAVID A. NAGDEMAN (*pro hac vice*)
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: 215/320-5660
215/320-5703 (fax)
iackelsberg@langergrogan.com
jgrogan@langergrogan.com
dnagdeman@langergrogan.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER TURREY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VERVENT, INC., etc., et al., <br><br> Defendants. | Case No. 3:20-cv-00697-DMS-AHG <br><br> **CLASS ACTION** <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL JUDGMENT AND APPLICATION OF PREJUDGMENT INTEREST** <br><br> **Date:** April 5, 2024 <br> **Time:** 2:30 p.m. <br><br> District Judge Dana M. Sabraw <br> Courtroom 13A, 13th Fl. (Carter-Keep) <br> Magistrate Judge Allison H. Goddard <br> Chambers Room 3B, (Schwartz) <br><br> Complaint Filed: April 10, 2020 |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 5, 2024, at 2:30 p.m., in Courtroom 13A, of the above-entitled Court, located at 333 West Broadway, San Diego, California 92101, Plaintiffs Heather Turrey, Jeffrey Sazon, Jordan Hernandez, and Oliver Fiaty will, and hereby do, move this Court for entry of judgment on the RICO damages award, which is mandatorily trebled, as well as prejudgment interest.

This Motion is based on this notice of motion, Plaintiffs' memorandum in support thereof, the declaration of Colin B. Weir, the complete file and record in this action, and any evidence or argument to be supplied in any reply memorandum or at the hearing on this motion.

Respectfully submitted,

Dated: February 5, 2024

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
JAMES M. DAVIS (301636)

By:     *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
jdavis@bholaw.com

LANGER GROGAN & DIVER, PC
IRV ACKELSBERG (*pro hac vice*)
JOHN J. GROGAN (*pro hac vice*)
DAVID A. NAGDEMAN (*pro hac vice*)
1717 Arch Street, Suite 4020
Philadelphia, PA  19103
Tel: 215/320-5660
215/320-5703 (fax)
iackelsberg@langergrogan.com
jgrogan@langergrogan.com
dnagdeman@langergrogan.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 5, 2024.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

2    Case No. 3:20-cv-00697-DMS-AHG
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL JUDGMENT AND APPLICATION OF PREJUDGMENT INTEREST

00210704

BLOOD HURST & O'REARDON, LLP