| | |
|---|---|
| 1 | BLOOD HURST & O'REARDON, LLP |
| | TIMOTHY G. BLOOD (149343) |
| 2 | LESLIE E. HURST (178432) |
| | JAMES M. DAVIS (301636) |
| 3 | 501 West Broadway, Suite 1490 |
| | San Diego, CA 92101 |
| 4 | Tel: 619/338-1100 |
| | 619/338-1101 (fax) |
| 5 | tblood@bholaw.com |
| | lhurst@bholaw.com |
| 6 | jdavis@bholaw.com |
| 7 | LANGER GROGAN & DIVER, PC |
| | IRV ACKELSBERG (*pro hac vice*) |
| 8 | JOHN J. GROGAN (*pro hac vice*) |
| | DAVID A. NAGDEMAN (*pro hac vice*) |
| 9 | 1717 Arch Street, Suite 4020 |
| | Philadelphia, PA 19103 |
| 10 | Tel: 215/320-5660 |
| | 215/320-5703 (fax) |
| 11 | iackelsberg@langergrogan.com |
| | jgrogan@langergrogan.com |
| 12 | dnagdeman@langergrogan.com |
| 13 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| HEATHER TURREY, et al., | Case No. 3:20-cv-00697-DMS-AHG |
|---|---|
| Plaintiffs, | **CLASS ACTION** |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD** |
| VERVENT, INC., etc., et al., | District Judge Dana M. Sabraw |
| Defendants. | Courtroom 13A, 13th Fl. (Carter-Keep) |
| | Magistrate Judge Allison H. Goddard |
| | Chambers Room 3B, (Schwartz) |
| | Complaint Filed:   April 10, 2020 |

**TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Class Counsel regretfully inform the Court that Co-Class Counsel, Mr. Paul Arons of Law Office of Paul Arons, recently passed away. Co-Class Counsel, Blood Hurst & O'Reardon, LLP, and Langer Grogan & Diver, PC, will continue to represent Plaintiffs and the Class.

Dated: February 6, 2024

Respectfully submitted,

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
JAMES M. DAVIS (301636)

By: *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
jdavis@bholaw.com

LANGER GROGAN & DIVER, PC
IRV ACKELSBERG (*pro hac vice*)
JOHN J. GROGAN (*pro hac vice*)
DAVID A. NAGDEMAN (*pro hac vice*)
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: 215/320-5660
215/320-5703 (fax)
iackelsberg@langergrogan.com
jgrogan@langergrogan.com
dnagdeman@langergrogan.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 6, 2024.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com