BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
JAMES M. DAVIS (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
jdavis@bholaw.com

LANGER GROGAN & DIVER, PC
IRV ACKELSBERG (*pro hac vice*)
JOHN J. GROGAN (*pro hac vice*)
DAVID A. NAGDEMAN (*pro hac vice*)
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: 215/320-5660
215/320-5703 (fax)
iackelsberg@langergrogan.com
jgrogan@langergrogan.com
dnagdeman@langergrogan.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEATHER TURREY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VERVENT, INC., etc., et al.,<br><br>Defendants. | Case No. 3:20-cv-00697-DMS-AHG<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF DEFENDANTS'-APPELLANTS' FILING UNOPPOSED MOTION TO HOLD APPEAL IN ABEYANCE PENDING RESOLUTION OF RULE 50(b) MOTION**<br><br>District Judge Dana M. Sabraw<br>Courtroom 13A, 13th Fl. (Carter-Keep)<br>Magistrate Judge Allison H. Goddard<br>Chambers Room 3B, (Schwartz)<br><br>Complaint Filed: April 10, 2020<br>Trial Date: June 8, 2023 |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs respectfully inform the Court that on December 4, 2024, Defendants-Appellants Vervent, Inc., Activate Financial, LLC, and David Johnson filed in the United States Court of Appeals for The Ninth Circuit an Unopposed Motion to Hold Appeal in Abeyance pending resolution of their pending Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50(b) [Dkt. No. 369]. Defendants'-Appellants' Motion is attached hereto as **Exhibit A**.

Respectfully submitted,

Dated: December 5, 2024

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
JAMES M. DAVIS (301636)

By:   *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
jdavis@bholaw.com

LANGER GROGAN & DIVER, PC
IRV ACKELSBERG (*pro hac vice*)
JOHN J. GROGAN (*pro hac vice*)
DAVID A. NAGDEMAN (*pro hac vice*)
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: 215/320-5660
215/320-5703 (fax)
iackelsberg@langergrogan.com
jgrogan@langergrogan.com
dnagdeman@langergrogan.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 5, 2024.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com