| | |
|---|---|
| 1 | **TROUTMAN PEPPER LOCKE LLP** |
| 2 | Matthew H. Ladner (SBN 284594) |
|   | matthew.ladner@troutman.com |
| 3 | Two California Plaza |
| 4 | 350 South Grand Avenue, Suite 3400 |
|   | Los Angeles, California 90071 |
| 5 | Telephone:  213.928.9800 |
| 6 | Facsimile:    213.928.9850 |
| 7 | Attorneys for Defendants |
| 8 | VERVENT, INC. fka FIRST ASSOCIATES LOAN SERVICING, |
| 9 | LLC; ACTIVATE FINANCIAL, LLC; and DAVID JOHNSON |
| 10 | |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEATHER TURREY, et al., | Case No. 3:20-cv-697-DMS-AHG |
| Plaintiffs, | |
| v. | **DEFENDANTS' NOTICE OF APPEAL** |
| VERVENT, INC. f/k/a FIRST ASSOCIATES LOAN SERVICING LLC, et al., | Hon. Dana M. Sabraw |
| | Hon. Allison H. Goddard |
| Defendants. | |

-6618134

1

CASE NO. 3:20-CV-697-DMS-AHG
DEFENDANTS' NOTICE OF APPEAL

1  Notice is hereby given that Defendants Vervent, Inc., Activate Financial, LLC, and David Johnson (collectively, "Vervent") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting In Part Plaintiffs' Motion for Attorneys' Fees, Costs of Suit, and Service Awards, entered on February 26, 2025 (Dkt. No. 385) and from any and all other decisions, rulings, orders, findings, and/or conclusions that were adverse to Vervent.

Dated: March 27, 2025

Respectfully submitted,

TROUTMAN PEPPER LOCKE LLP

By: */s/*Matthew H. Ladner
Matthew H. Ladner

Attorneys for Defendants
VERVENT, INC. fka FIRST ASSOCIATES LOAN SERVICING, LLC; ACTIVATE FINANCIAL, LLC; and DAVID JOHNSON