**TROUTMAN PEPPER LOCKE LLP**
Matthew H. Ladner (SBN 284594)
matthew.ladner@troutman.com
Two California Plaza
350 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.928.9800
Facsimile: 213.928.9850

Attorneys for Defendants
VERVENT, INC. fka FIRST ASSOCIATES LOAN SERVICING, LLC; ACTIVATE FINANCIAL, LLC; and DAVID JOHNSON

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER TURREY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VERVENT, INC. f/k/a FIRST ASSOCIATES LOAN SERVICING LLC, et al., <br><br> Defendants. | Case No. 3:20-cv-697-DMS-AHG <br><br> **DEFENDANTS' AMENDED NOTICE OF APPEAL** <br><br> Hon. Dana M. Sabraw <br> Hon. Allison H. Goddard |

Notice is hereby given that, pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(4)(B)(ii), Defendants Vervent, Inc., Activate Financial, LLC, and David Johnson (collectively, "Vervent") amend their June 20, 2024 Notice of Appeal filed in the above-captioned case. (Dkt. No. 352.) This case has been docketed by the United States Court of Appeals for the Ninth Circuit as No. 24-3849.

After Vervent filed its Notice of Appeal, the District Court entered final judgment on July 16, 2024 (Dkt. No. 360) and issued its order denying Vervent's Motion for Judgment as a Matter of Law on February 26, 2025 (Dkt. No. 384). Vervent hereby files this Amended Notice of Appeal to encompass all orders or judgments listed in the original Notice of Appeal, as well as the District Court's July 16, 2024 Judgment, February 26, 2025 order, and any other orders or decisions that merge therein.

Dated: March 27, 2025

Respectfully submitted,

TROUTMAN PEPPER LOCKE LLP

By: */s/*Matthew H. Ladner
    Matthew H. Ladner

Attorneys for Defendants
VERVENT, INC. fka FIRST ASSOCIATES LOAN SERVICING, LLC; ACTIVATE FINANCIAL, LLC; and DAVID JOHNSON