# EXHIBIT A

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> VERVENT, INC.; ACTIVATE FINANCIAL, LLC; and DAVID JOHNSON

Name(s) of counsel (if any):

> TROUTMAN PEPPER LOCKE LLP
> Matthew H. Ladner (SBN 284594)

Address: 350 South Grand Avenue, Suite 3400, Los Angeles, CA 90071

Telephone number(s): (213) 928-9800

Email(s): matthew.ladner@troutman.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes    ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> HEATHER TURREY; OLIVER FIETY; JORDAN HERNANDEZ; and JEFFREY SAZON

Name(s) of counsel (if any):

> BLOOD HURST & O'REARDON LLP
> Timothy G. Blood (SBN 149343)
> Leslie E. Hurst (SBN 178432)
> James M. Davis (SBN 301636)

Address: 501 West Broadway, Suite 1490, San Diego, CA 92101

Telephone number(s): (619) 338-1100

Email(s): tblood@bholaw.com; lhurst@bholaw.com; jdavis@bholaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

VERVENT, INC.; ACTIVATE FINANCIAL, LLC; and DAVID JOHNSON

Name(s) of counsel (if any):

MORRISON & FOERSTER LLP
Aileen M. McGrath, Joel F. Wacks

Address: 425 Market Street, San Francisco, CA 94105

Telephone number(s): (415) 268-6153

Email(s): amcgrath@mofo.com; jwacks@mofo.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◎ No

**Appellees**

Name(s) of party/parties:

HEATHER TURREY; OLIVER FIETY; JORDAN HERNANDEZ; and JEFFREY SAZON

Name(s) of counsel (if any):

LANGER GROGAN & DIVER PC
John J. Grogan, Irv Ackelsberg, David A. Nagdeman

Address: 1717 Arch Street, Suite 4020, Philadelphia, PA 19103

Telephone number(s): (215) 320-5701

Email(s): jgrogan@langergrogan.com; iackelsberg@langergrogan.com; dnagdeman@langergrogan.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    2                                 *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

> VERVENT, INC.; ACTIVATE FINANCIAL, LLC; and DAVID JOHNSON

Name(s) of counsel (if any):

> MORRISON & FOERSTER LLP
> Joseph R. Palmore

Address: 2100 L Street NW, Suite 900, Washington, DC 20037

Telephone number(s): (202) 887-1500

Email(s): jpalmore@mofo.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at <u>forms@ca9.uscourts.gov</u>*

**Form 6**                                   2                              *New 12/01/2018*