UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER TURREY, *et al.*, individually and on behalf of all others similarly situated, | Case No.: 20-cv-697-DMS-AHG |
| Plaintiffs, | **ORDER VACATING ORAL ARGUMENT** |
| v. | |
| VERVENT, INC. *et al.*, | |
| Defendants. | |

    Plaintiff's motion for attorney fees is currently scheduled for hearing on April 11, 2025. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the April 11, 2025 hearing is vacated.

    **IT IS SO ORDERED.**

Dated: April 4, 2025

Hon. Dana M. Sabraw
United States District Judge