# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER TURREY, et al.,<br>Plaintiffs,<br>v.<br>VERVENT, INC., etc., et al.,<br>Defendants. | Case No. 3:20-cv-00697-DMS-AHG<br><br>**ORDER VACATING ORAL ARGUMENT AND DIRECTING SUPPLEMENTAL STATEMENT ON PLAN OF ALLOCATION**<br><br>[ECF No. 406.] |

The parties' Joint Motion for Order Approving Joint Plan of Allocation, (ECF No. 406), is currently scheduled for hearing on October 23, 2026. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the October 23, 2026 hearing is vacated.

Before ruling on the motion, the Court requires additional information. The parties shall file a revised proposed order by November 2, 2026 that includes:

**(1)** A proposed distribution schedule, stating each event as a specific number of days after entry of the Court's order on the Plan or after a prior event in the schedule, for: (a) Defendants' payment of the Class Fund to Epiq; (b) Epiq's initial distribution to Class Members; (c) completion of the follow-up efforts described in paragraph 12 of the Plan; (d) completion of any redistributions under paragraph 13; (e) a status report to the Court on the distribution; and (f) a final accounting to the Court and, if necessary, a proposed cy pres recipient for the Court's approval.

**(2)** A declaration from Epiq estimating the costs of administration, broken down by category, in support of the $50,000 reserve described in paragraph 14 of the Plan.

**(3)** Confirmation of whether the Class Fund includes the $1,342,895.24 in post-judgment interest that accrued on the Class award through September 23, 2026.

**IT IS SO ORDERED**.

Dated: October 19, 2026

Hon. Dana M. Sabraw
United States District Judge