BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
JAMES M. DAVIS (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
jdavis@bholaw.com

LANGER GROGAN & DIVER, PC
IRV ACKELSBERG (*pro hac vice*)
JOHN J. GROGAN (*pro hac vice*)
DAVID A. NAGDEMAN (*pro hac vice*)
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: 215/320-5660
215/320-5703 (fax)
iackelsberg@langergrogan.com
jgrogan@langergrogan.com
dnagdeman@langergrogan.com

Attorneys for Plaintiffs

BLOOD HURST & O' REARDON, LLP

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEATHER TURREY, et al.,<br>Plaintiffs,<br>v.<br>VERVENT, INC., etc., et al.,<br>Defendants. | Case No. 3:20-cv-00697-DMS-AHG<br>**CLASS ACTION**<br>**JOINT SUPPLEMENTAL STATEMENT REGARDING PROPOSED PLAN OF ALLOCATION**<br>District Judge Dana M. Sabraw<br>Courtroom 13A, 13th Fl. (Carter-Keep)<br>Magistrate Judge Allison H. Goddard<br>Chambers Room 3B, (Schwartz)<br>Complaint Filed: April 10, 2020<br>Trial Date: June 8, 2023 |

Plaintiffs Heather Turrey, Jeffrey Sazon, Oliver Fiaty, and Jordan Hernandez, and Defendants Vervent, Inc., Activate Financial, LLC, and David Johnson (collectively, the "Parties") hereby submit this Joint Supplemental Statement in response to the Court's October 19, 2026 Order Vacating Oral Argument and Directing Supplemental Statement on Plan of Allocation (Dkt. No. 409).

In its October 19, 2026, Order, the Court directed the Parties to submit additional information concerning: (1) a proposed distribution schedule; (2) the anticipated costs of administration supporting the $50,000 reserve identified in Paragraph 14 of the Joint Plan of Allocation; and (3) whether the Class Fund includes the $1,342,895.24 in post-judgment interest that accrued on the Class award through September 23, 2026. Dkt. No. 409 at 2. The Parties respond to each request as follows.

First, the Parties submit concurrently herewith a revised proposed order approving the Joint Plan of Allocation, which includes a proposed distribution schedule setting forth the relevant distribution milestones and deadlines, including the transfer of the Class Fund to Epiq, initial distributions to Class Members, follow-up efforts, any necessary redistributions, a status report to the Court, and a final accounting.

Second, the Parties submit concurrently herewith the Declaration of Stephen Donaldson, on behalf of Epiq Systems, Inc., which provides an estimate of the anticipated costs of administration, broken down by category, in support of the $50,000 reserve described in Paragraph 14 of the Joint Plan of Allocation.

Third, the Parties confirm that the Class Fund will include the $1,342,895.24 in post-judgment interest that accrued on the $12,000,000 Class award through September 23, 2026, as well as any additional post-judgment interest accruing thereafter. *See* Joint Plan of Allocation ¶¶ 2(A), 3 (Dkt. No. 406-3). Since remand, the Parties have conferred regularly over Defendants' satisfaction of the judgment. Defendants have now made three wire payments totaling $18,969,884.21, the amount calculated to cover the judgment and all post-judgment interest accrued through



BLOOD HURST & O' REARDON, LLP
00240296

October 20, 2026. That amount consists of $17,248,397.80 in damages, costs, and attorneys' fees awarded, plus $1,721,486.41 in post-judgment interest. With respect to the Class Fund specifically, the total post-judgment interest accrued on the $12,000,000 award through October 20, 2026, was $1,391,366.48.

The first wire payment of $78,136.96 was received on October 21, 2026. The two remaining wire payments of $13,000,000 and $5,891,747.25 cleared on October 23, 2026. Accounting for the dates of these payments, the Parties calculate that an additional $7,056.83 in post-judgment interest accrued between October 20 and October 23, 2026. Payment of this remaining amount will satisfy the judgment in full.

Accordingly, the Parties respectfully request that the Court grant their Joint Motion for Order Approving Joint Plan of Allocation (Dkt. No. 406) and enter the revised proposed order submitted concurrently.

Respectfully submitted,

Dated: November 2, 2026

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
JAMES M. DAVIS (301636)

By: *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
jdavis@bholaw.com

LANGER GROGAN & DIVER, PC
IRV ACKELSBERG (*pro hac vice*)
JOHN J. GROGAN (*pro hac vice*)
DAVID A. NAGDEMAN (*pro hac vice*)
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: 215/320-5660
215/320-5703 (fax)
iackelsberg@langergrogan.com
jgrogan@langergrogan.com
dnagdeman@langergrogan.com

*Attorneys for Plaintiffs*

Dated: November 2, 2026

TROUTMAN PEPPER LOCKE LLP
MATTHEW H. LADNER (284594)

By: *s/ Matthew H. Ladner*
MATTHEW H. LADNER

350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel: 213/928-9800
matthew.ladner@troutman.com

*Attorneys for Defendants*

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: November 2, 2026

BLOOD HURST & O'REARDON, LLP

By: *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on November 2, 2026.

*s/ Timothy G. Blood*

TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

BLOOD HURST & O' REARDON, LLP