BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
JAMES M. DAVIS (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
jdavis@bholaw.com

LANGER GROGAN & DIVER, PC
IRV ACKELSBERG (*pro hac vice*)
JOHN J. GROGAN (*pro hac vice*)
DAVID A. NAGDEMAN (*pro hac vice*)
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: 215/320-5660
215/320-5703 (fax)
iackelsberg@langergrogan.com
jgrogan@langergrogan.com
dnagdeman@langergrogan.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

HEATHER TURREY, et al.,

Plaintiffs,

v.

VERVENT, INC., etc., et al.,

Defendants.

Case No. 3:20-cv-00697-DMS-AHG

**CLASS ACTION**

**DECLARATION OF STEPHEN DONALDSON REGARDING SETTLEMENT ADMINISTRATION**

District Judge Dana M. Sabraw
Courtroom 13A, 13th Fl. (Carter-Keep)
Magistrate Judge Allison H. Goddard
Chambers Room 3B, (Schwartz)

Complaint Filed: April 10, 2020
Trial Date: June 8, 2023

BLOOD HURST & O' REARDON, LLP

I, Stephen Donaldson, hereby declare and state as follows:

1. My name is Stephen Donaldson. I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am a Client Services Program Manager of Epiq Class Action & Claims Solutions, Inc.

3. The facts in this declaration are based on my personal knowledge, as well as information provided to me by my colleagues in the ordinary course of business at Epiq and Epiq Legal Noticing (hereinafter "Epiq").

**OVERVIEW**

4. This declaration describes the estimated administrative costs for the Joint Proposed Plan of Allocation ("Plan of Allocation") for *Aliff et al. v. Vervent, Inc. et al.*, Case No. 3:20-cv-00697 (S.D. Cal.), pending in the United States District Court for the Southern District of California. On March 13, 2023, Cameron R. Azari executed *Declaration of Cameron R. Azari, Esq. Regarding Notice Plan* (Dkt. No. 166-5), which described the Notice Plan and detailed Epiq's class action notice experience.

**SETTLEMENT ADMINISTRATION COSTS**

5. Based on the current scope of settlement administration and distribution for the Plan of Allocation, the combined estimated cost for Epiq to implement the initial distribution digital and check payments, along with reasonable efforts to locate unclaimed payments, as well as reviewing and responding to Class Members emails is $46,140. This work includes:

- $4,112 estimated for the email notice setup, recording undeliverable emails and undeliverable checks, and entering change of addresses from postal forwards, as well as address research on checks returned with no forwarding address,
- $9,550 estimated for Project Manager, Project Coordinate, and Data Analyst & Reporting roles estimated hourly time;

BLOOD HURST & O' REARDON, LLP

- $2,550 estimated for updating and continued hosting of the Class Website www.PeaksStudentLoanClaims.com;
- $650 estimated for processing Class Member correspondence, and issuing responses;
- $15,213 estimated for management and reconciliation of the Class Fund account, programming the distribution calculation, check print costs and digital payment costs;
- $14,065 for estimated postage costs, and a Class Fund income tax return.

6. The estimated cost range is not a minimum or a cap of costs. The actual total cost for providing administration may vary dependent upon variables such as the number of: notices sent (and associated postage), claims received, calls to the toll-free telephone line received, undeliverable notices received, and Class Members' mailed payments (and associated postage), etc.

7. The estimated cost range does not include the costs associated with the second distribution contemplated by the Plan of Allocation paragraph 13, should $100,000 or more remain unclaimed in the Class Fund after Epiq's reasonable efforts to locate Class Members.

8. All costs are subject to the Service Contract under which Epiq will be retained as the Administrator, and the terms and conditions of that agreement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 30, 2026, at Seattle, Washington.

Dated: October 30, 2026

Stephen Donaldson
Signer ID: DWDS1SXQ12...
STEPHEN DONALDSON

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on November 2, 2026.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

BLOOD HURST & O' REARDON, LLP